IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CAROL SUE ROBERSON,

    Petitioner,

v.

TONY HOWERTON, WARDEN,

    Respondent.

CIVIL ACTION NO.: CV609-017

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In her Objections, Roberson asserts the gatekeeping provisions of 28 U.S.C. § 2244(b) should not apply to an indigent, pro se petitioner for 20 years. Roberson also asserts that the sentencing court erred by not allowing her to withdraw her plea.

Roberson's Objections are without merit and are not responsive to the Magistrate Judge's Report and Recommendation. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Roberson's petition for writ of habeas corpus, filed pursuant to

28 U.S.C. § 2254, is **DISMISSED** as being a second or successive petition. The Clerk of Court is authorized to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 1st day of February, 2010.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA